UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COURTNEY LAMAR JEFFRIES | CIVIL ACTION |
| VERSUS | NO. 12-1063 |
| ST. BERNARD PARISH SHERIFF'S DEPARTMENT, ET AL. | SECTION "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 5, 2013 (Rec. Doc. No. 21), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** Jeffries' Title 42 U.S.C. § 1983 claims against the defendants, St. Bernard Parish Sheriff's Department, Deputy Coleman, Chief Deputy James Pohlmann, Colonel Dave Mowers, Arresting Officers, and the St. Bernard Jail Medical Department are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e), § 1915A, and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 13th day of November, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE